# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW D. WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5913** |
| **JAMES LEBLANC** | **SECTION "N"(1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Andrew D. Wetzel** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 22nd day of October, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE